```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 6 2006
CLERK, U.S. DISTRICT COURT
By _____
          Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD JOSEPH BELL, 14687, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>JIM BOWLES, ET AL., )<br>    Defendants. ) | No. 3:05-CV-2496-M |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 6 day of April, 2006.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE